# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 07-44452 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | /s/ Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TODD ENTERTAINMENT, LLC | | | | Date Filed (f) or Converted (c): | 10/02/2007 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2008 |
| For Period Ending: | 05/12/2017 | | | | Claims Bar Date: | 04/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America and Wells Fargo Checking Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 2. Debt owed to Todd Entertainment, LLC by Josh Todd | 80,000.00 | 0.00 | | 0.00 | FA |
| 3. Debt owed to Todd Entertainment, LLC by Stephen Da | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Claims in Pending Litigation (Josh Todd v. Todd Me | Unknown | 0.00 | | 0.00 | FA |
| 5. Intellectual Property and Service Rights as define (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. License Agreement with Victor Entertainment, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7. License Agreement with XSRecords, Inc. dated Octob | 0.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Office Equipment, Furnishings, and Supplies | Unknown | 0.00 | | 0.00 | FA |
| 9. Misc. musical equipment | Unknown | 0.00 | | 0.00 | FA |
| 10. Misc. merchanidising item such as stickers, hats, | Unknown | 0.00 | | 0.00 | FA |
| 11. Intellectual Prop (Patents, copyrig (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. Other Personal Property (u) | 0.00 | 37,500.00 | | 37,500.00 | FA |
| 13. Meagher, Trustee et al v Goodfriend et al (u) | 0.00 | 527,500.00 | | 527,500.00 | FA |
| 14. Other Personal Property (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 15. License Agreement with Victor Entertainment, Inc. (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. Numerous audio sound recordings, Numerous video recordings, (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $82,000.00 | $665,000.00 | | $665,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All estate assets have been fully administered. After claims have been reviewed, estate tax returns and final fee applications filed, Trustee will prepare the estate for closing. Trustee's final report will be submitted to the OUST on or before June 30, 2017.

| | | | |
|---|---|---|---|
| RE PROP # | 11 | -- | Opposition to Application for Buckcherry Trademark; USPTO Opposition No: 91170853 |
| RE PROP # | 12 | -- | Claims against Warner Music Group Corp., Waner/Chappell Music, Inc., Atlantic Recording Corporation, Lava Records and Alternative Distribution Alliance |
| | | | 100K paid - look at motion |
| RE PROP # | 13 | -- | Todd A. Meagher and Marilyn D. Garner, Trustee for the Bankruptcy Estate of Todd Entertainment LLC; In the District Court of Tarrant County, TX  67th Judicial District Court 67-248661-10 |
| RE PROP # | 14 | -- | Cliams against Allen Kovac, Kovac Media Group, Inc. and 11-7 Recording Corporation |
| RE PROP # | 15 | -- | License Agreement with Victor Entertainment, Inc. (Japan) dated January 24 th, 2004. |

Initial Projected Date of Final Report (TFR): 12/30/2009     Current Projected Date of Final Report (TFR): 06/30/2017

Trustee Signature:     /s/ /s/ Marilyn D. Garner, Trustee     Date: 05/12/2017

/s/ Marilyn D. Garner, Trustee
2007 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 505-1499