# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** TEXAS
FORT WORTH **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TODD ENTERTAINMENT, LLC | § | Case No. 07-44452 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

/s/ Marilyn D. Garner, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 82,000.00                         Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 236,309.05        Claims Discharged
                                                    Without Payment: NA

Total Expenses of Administration: 428,690.95

---

3) Total gross receipts of $ 665,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 665,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,012,041.95 | 428,690.95 | 428,690.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 561,000.00 | 103,865.07 | 337,615.07 | 236,309.05 |
| **TOTAL DISBURSEMENTS** | $ 561,000.00 | $ 1,115,907.02 | $ 766,306.02 | $ 665,000.00 |

4) This case was originally filed under chapter 7 on 10/02/2007 . The case was pending for 123 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2017     By:/s//s/ Marilyn D. Garner, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Other Personal Property | 1229-000 | 37,500.00 |
| Other Personal Property | 1241-000 | 100,000.00 |
| Meagher, Trustee et al v Goodfriend et al | 1249-000 | 527,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 665,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marilyn D. Garner | 2100-000 | NA | 36,538.10 | 36,538.10 | 36,538.10 |
| Marilyn D. Garner | 2200-000 | NA | 1,937.55 | 1,937.55 | 1,937.55 |
| George Adams & Company Insurance Agency LLC | 2300-000 | NA | 200.00 | 200.00 | 200.00 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 2,368.09 | 2,368.09 | 2,368.09 |
| Harris Finley & Bogle, P.C. | 3210-000 | NA | 645,140.00 | 61,789.00 | 61,789.00 |
| BUCK MCKINNEY | 3210-600 | NA | 205,000.00 | 205,000.00 | 205,000.00 |
| Harris Finley & Bogle, P.C. | 3210-600 | NA | 92,500.00 | 92,500.00 | 92,500.00 |
| Harris Finley & Bogle, P.C. | 3220-610 | NA | 24,133.21 | 24,133.21 | 24,133.21 |
| SHELDON E. LEVY, CPA | 3410-000 | NA | 4,130.00 | 4,130.00 | 4,130.00 |
| SHELDON E. LEVY, CPA | 3420-000 | NA | 95.00 | 95.00 | 95.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,012,041.95 | $ 428,690.95 | $ 428,690.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amanda Cagan | | 5,000.00 | NA | NA | 0.00 |
| | Bewley, Lassleben & Miller, LLP | | 150,000.00 | NA | NA | 0.00 |
| | Josh Todd, c/o Sherry Anne Lear | | 0.00 | NA | NA | 0.00 |
| | Law Offices of Alan S. Gutman | | 2,000.00 | NA | NA | 0.00 |
| | Rive Video Promotion, Inc. | | 2,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo | | 500.00 | NA | NA | 0.00 |
| | Wells Fargo | | 15,000.00 | NA | NA | 0.00 |
| | Wells Fargo | | 500.00 | NA | NA | 0.00 |
| | Wells Fargo | | 500.00 | NA | NA | 0.00 |
| 3 | ATKINSON-BAKER COURT REPORTERS | 7100-000 | 5,000.00 | 1,624.12 | 1,624.12 | 40.02 |
| 2 | GREAT PLAINS CAPITAL CORP. | 7100-000 | 0.00 | 22,578.07 | 22,578.07 | 556.28 |
| 1 | HERBLIN, P.C. | 7100-000 | NA | 7,410.00 | 7,410.00 | 182.57 |
| 4 | JOSH TODD | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | JOSH TODD | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 7 | TODD MEAGHER | 7100-000 | 300,000.00 | 0.00 | 233,750.00 | 233,750.00 |
| 6 | ZUBER & TAILLIEU LLP | 7100-000 | 80,000.00 | 72,252.88 | 72,252.88 | 1,780.18 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 561,000.00 | $ 103,865.07 | $ 337,615.07 | $ 236,309.05 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 07-44452 | MXM | Judge: | MARK X. MULLIN | Trustee Name: | /s/ Marilyn D. Garner, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TODD ENTERTAINMENT, LLC | | | | Date Filed (f) or Converted (c): | 10/02/2007 (f) |
| | | | | | 341(a) Meeting Date: | 01/11/2008 |
| For Period Ending: | 11/08/2017 | | | | Claims Bar Date: | 04/19/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America and Wells Fargo Checking Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 2. Debt owed to Todd Entertainment, LLC by Josh Todd | 80,000.00 | 0.00 | | 0.00 | FA |
| 3. Debt owed to Todd Entertainment, LLC by Stephen Da | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Claims in Pending Litigation (Josh Todd v. Todd Me | Unknown | 0.00 | | 0.00 | FA |
| 5. Intellectual Property and Service Rights as define (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. License Agreement with Victor Entertainment, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 7. License Agreement with XSRecords, Inc. dated Octob | 0.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Office Equipment, Furnishings, and Supplies | Unknown | 0.00 | | 0.00 | FA |
| 9. Misc. musical equipment | Unknown | 0.00 | | 0.00 | FA |
| 10. Misc. merchanidising item such as stickers, hats, | Unknown | 0.00 | | 0.00 | FA |
| 11. Intellectual Prop (Patents, copyrig (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. Other Personal Property (u) | 0.00 | 37,500.00 | | 37,500.00 | FA |
| 13. Meagher, Trustee et al v Goodfriend et al (u) | 0.00 | 527,500.00 | | 527,500.00 | FA |
| 14. Other Personal Property (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 15. License Agreement with Victor Entertainment, Inc. (u) | Unknown | 0.00 | | 0.00 | FA |
| 16. Numerous audio sound recordings, Numerous video recordings, (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $82,000.00 | $665,000.00 | | $665,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Trustee's final report was filed August 17, 2017 and no timely objections were filed. All funds have been disbursed and Trustee will submit TDR after all checks have cleared.

| | | | |
|---|---|---|---|
| RE PROP # | 11 | -- | Opposition to Application for Buckcherry Trademark, USPTO Opposition No: 91170853 |
| RE PROP # | 12 | -- | Claims against Warner Music Group Corp., Waner/Chappell Music, Inc., Atlantic Recording Corporation, Lava Records and Alternative Distribution Alliance |
| | | | 100K paid - look at motion |
| RE PROP # | 13 | -- | Todd A. Meagher and Marilyn D. Garner, Trustee for the Bankruptcy Estate of Todd Entertainment LLC; In the District Court of Tarrant County, TX  67th Judicial District Court 67-248661-10 |
| RE PROP # | 14 | -- | Cliams against Allen Kovac, Kovac Media Group, Inc. and 11-7 Recording Corporation |
| RE PROP # | 15 | -- | License Agreement with Victor Entertainment, Inc. (Japan) dated January 24 th, 2004. |

Initial Projected Date of Final Report (TFR): 12/30/2009          Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-44452  
Case Name: TODD ENTERTAINMENT, LLC  
Taxpayer ID No: XX-XXX1245  
For Period Ending: 11/08/2017

Trustee Name: /s/ Marilyn D. Garner, Trustee  
Bank Name: First National Bank of Vinita  
Account Number/CD#: XXXXXX1627  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $300,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/15/15 | 13 | JOSHUA & MITZI TODD | Preference Recovery | 1249-000 | $40,000.00 | | $40,000.00 |
| 04/15/15 | 13 | JOSHUA & MITZI TODD | Preference Recovery | 1249-000 | $35,000.00 | | $75,000.00 |
| 04/15/15 | 13 | BC WORLDWIDE TOURS INC | Preference Recovery | 1249-000 | $40,000.00 | | $115,000.00 |
| 04/15/15 | 12 | WARNER MUSIC GROUP SERVICES | Preference Recovery | 1229-000 | $37,500.00 | | $152,500.00 |
| 04/15/15 | 13 | Reverses Deposit # 1 | Preference Recovery incorrect payee | 1249-000 | ($40,000.00) | | $112,500.00 |
| 04/17/15 | 14 | TENTH STREET ENTERTAINMENT | Preference Recovery | 1241-000 | $100,000.00 | | $212,500.00 |
| 04/22/15 | 10000 | BUCK MCKINNEY PO Box 6231Austin TX 78762 | Special Counsel for Trustee Fees | 3210-600 | | $85,000.00 | $127,500.00 |
| 04/22/15 | 10001 | TODD MEAGHER 2101 Legacy Ct. Keller TX 76248-8449 | Claim 000007, Payment 100.00000% (7-1) unknown amount--see attachment | 7100-000 | | $50,000.00 | $77,500.00 |
| 04/22/15 | 10002 | TODD MEAGHER 2101 Legacy CourtKeller TX 76248-8449 | Claim payment | 7100-000 | | $38,750.00 | $38,750.00 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $89.38 | $38,660.62 |
| 06/03/15 | 10003 | MARILYN D. GARNER LAW OFFICES OF MARILYN D. GARNER2007 E. LAMAR BOULEVARD, STE 200ARLINGTON, TX 76006 | Trustee Compensation | 2100-000 | | $10,000.00 | $28,660.62 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $61.44 | $28,599.18 |
| 07/07/15 | | First National Bank of Vinita 102 W. Illinois Avenue Vinita, OK 74301 | bank service fee | 2600-000 | | $30.76 | $28,568.42 |
| 08/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.34 | $28,538.08 |
| 09/08/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.30 | $28,507.78 |

Page Subtotals: $212,500.00 $183,992.22

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 07-44452
Case Name: TODD ENTERTAINMENT, LLC
Taxpayer ID No: XX-XXX1245
For Period Ending: 11/08/2017

Trustee Name: /s/ Marilyn D. Garner, Trustee
Bank Name: First National Bank of Vinita
Account Number/CD#: XXXXXX1627
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.30 | $28,478.48 |
| 11/06/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.24 | $28,448.24 |
| 12/07/15 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.23 | $28,419.01 |
| 01/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.18 | $28,388.83 |
| 02/05/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.15 | $28,358.68 |
| 03/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.17 | $28,330.51 |
| 04/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.08 | $28,300.43 |
| 05/06/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.08 | $28,271.35 |
| 06/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.02 | $28,241.33 |
| 07/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.02 | $28,212.31 |
| 08/05/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.96 | $28,182.35 |
| 09/08/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.92 | $28,152.43 |

Page Subtotals: $0.00 $355.35

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-44452 | Trustee Name: | /s/ Marilyn D. Garner, Trustee |
| Case Name: | TODD ENTERTAINMENT, LLC | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX1627 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1245 | Blanket Bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/08/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.93 | $28,123.50 |
| 11/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.86 | $28,093.64 |
| 12/05/16 | 13 | United Talent Agency<br>9336 Civic Center Drive<br>Beverly Hills CA 90210 | Settlement Payment | 1249-000 | $360,000.00 | | $388,093.64 |
| 12/07/16 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.87 | $388,064.77 |
| 01/09/17 | 13 | Harris Finley & Bogle, P.C.<br>777 Main Street Suite 1800<br>Fort Worth, TX 76102 | Goodfriend Settlement | 1249-000 | $92,500.00 | | $480,564.77 |
| 01/09/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $350.35 | $480,214.42 |
| 01/24/17 | 10004 | George Adams & Company Insurance Agency LLC<br>4501 Cartwright Rd Ste 402<br>Missouri City TX 77459 | bond payment | 2300-000 | | $962.00 | $479,252.42 |
| 01/27/17 | 10005 | Harris Finley & Bogle, P.C.<br>777 Main Street Suite 1800<br>Fort Worth, TX 76102 | Attorney for Trustee Fees and Reinbursement of Expenses pursuant to Court Order Trustee disbursed one check to special counsel for fees and expenses for Harris Finley, Buck McKinney and Todd Meagher at counsels request | 3210-000 | | $92,500.00 | $386,752.42 |
| 02/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $478.07 | $386,274.35 |
| 03/02/17 | 10006 | TODD MEAGHER<br>2101 Legacy Ct.<br>Keller, TX 76248-8449 | Claim payment | 7100-000 | | $50,000.00 | $336,274.35 |

Page Subtotals: $452,500.00 $144,378.08

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-44452 | Trustee Name: | /s/ Marilyn D. Garner, Trustee |
| --- | --- | --- | --- |
| Case Name: | TODD ENTERTAINMENT, LLC | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX1627 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1245 | Blanket Bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/08/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/17 | 10007 | TODD MEAGHER<br>2101 Legacy Ct.<br>Keller, TX 76248-8449 | Claim payment | 7100-000 | | $95,000.00 | $241,274.35 |
| 03/02/17 | 10008 | BUCK MCKINNEY<br>PO Box 6231<br>Austin, TX 78762 | ATTORNEY FEES - Law Office of Buck McKinney PC per agreed order entered 3/1/17 at doc 192. disbursement is from the settlement with the Agency Group which was approved on 12/31/16 at doc 187 | 3210-000 | | $120,000.00 | $121,274.35 |
| 03/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $392.67 | $120,881.68 |
| 04/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $209.75 | $120,671.93 |
| 05/05/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.02 | $120,547.91 |
| 06/07/17 | | First National Bank of Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $128.00 | $120,419.91 |
| 06/21/17 | | George Adams & Company Insurance Agency LLC<br>4501 Cartwright Rd Ste 402<br>Missouri City TX 77459 | bond premium refund | 2300-000 | $762.00 | | $121,181.91 |
| 07/27/17 | 10009 | Harris Finley & Bogle, P.C.<br>777 Main Street Suite 1800<br>Fort Worth, TX 76102 | Counsel for trustee compensation<br>order at de 205 | 3210-000 | | $61,789.00 | $59,392.91 |
| 07/27/17 | 10010 | Harris Finley & Bogle, P.C.<br>777 Main Street Suite 1800<br>Fort Worth, TX 76102 | Attorney for Trustee Expenses (other firm)<br>order at de 205 | 3220-000 | | $24,133.21 | $35,259.70 |
| 08/22/17 | 10011 | SHELDON E. LEVY, CPA<br>6320 Southwest Blvd., Suite 204<br>Fort Worth, Texas 76109 | CPA fees | 3410-000 | | $4,130.00 | $31,129.70 |

Page Subtotals: $762.00 $305,906.65

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-44452 | Trustee Name: | /s/ Marilyn D. Garner, Trustee |
| --- | --- | --- | --- |
| Case Name: | TODD ENTERTAINMENT, LLC | Bank Name: | First National Bank of Vinita |
| | | Account Number/CD#: | XXXXXX1627 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX1245 | Blanket Bond (per case limit): | $300,000.00 |
| For Period Ending: | 11/08/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/17 | 10012 | SHELDON E. LEVY, CPA<br>6320 Southwest Blvd., Suite 204<br>Fort Worth, Texas 76109 | CPA expenses | 3420-000 | | $95.00 | $31,034.70 |
| 09/20/17 | 10013 | Marilyn D. Garner<br>2007 E. Lamar Blvd., Suite 200<br>Arlington, TX 76006 | Distribution | | | $28,475.65 | $2,559.05 |
| | | Marilyn D. Garner | Final distribution representing a payment of 100.00 % per court order. ($1,937.55) | 2200-000 | | | |
| | | Marilyn D. Garner | Final distribution representing a payment of 72.63 % per court order. ($26,538.10) | 2100-000 | | | |
| 09/20/17 | 10014 | HERBLIN, P.C.<br>901 Main Street, Suite 610<br>Dallas, Texas 75202 | Final distribution to claim 1 representing a payment of 2.46 % per court order. | 7100-000 | | $182.57 | $2,376.48 |
| 09/20/17 | 10015 | GREAT PLAINS CAPITAL CORP.<br>Attn: Gary Wieseler<br>P.O. Box 1068<br>Columbus, NE 68602 | Final distribution to claim 2 representing a payment of 2.46 % per court order. | 7100-000 | | $556.28 | $1,820.20 |
| 09/20/17 | 10016 | ATKINSON-BAKER COURT REPORTERS<br>500 North Brand Blvd<br>Glendale, CA 91203 | Final distribution to claim 3 representing a payment of 2.46 % per court order. | 7100-000 | | $40.02 | $1,780.18 |
| 09/20/17 | 10017 | ZUBER & TAILLIEU LLP<br>10866 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024 | Final distribution to claim 6 representing a payment of 2.46 % per court order. | 7100-000 | | $1,780.18 | $0.00 |

| | COLUMN TOTALS | $665,000.00 | $665,000.00 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $665,000.00 | $665,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $665,000.00 | $665,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Page Subtotals: $0.00  $31,129.70

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1627 - Checking Account (Non-Interest Earn | $665,000.00 | $665,000.00 | $0.00 |
| | $665,000.00 | $665,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $665,000.00 |
| Total Gross Receipts: | $665,000.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*